JS - 6     **LINK: 9**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., <br><br>　　　　　　Plaintiff, <br><br>　　　vs. <br><br>ANTELMO GARCIA GUERRERO, d/b/a LIBERTY TRADING, and DOES 1–10, inclusive, <br><br>　　　　　　Defendants. | **Case No. CV 08-06324 GAF (RCx)** <br><br><br>JUDGMENT |

　　　The Court, having entered default judgment in favor of plaintiff Disney Enterprises, Inc. ("Disney") on its First Claim for Relief,

　　　Judgment is hereby entered in favor of Disney on its First Claim for Relief for the reasons and in the manner set forth in the Court's March 30, 2009 Memorandum and Order. Disney's remaining claims are ordered dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: March 30, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_Gary Feess_
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge Gary Allen Fees
　　　　　　　　　　　　　	　　　　　　　　　　United States District Court